EAST BATON ROUGE PARISH  C-699596
Filed Sep 11, 2020 11:24 AM    27
Deputy Clerk of Court

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. **699596**                       DIVISION "**27**"

JOSE IVAN DUQUE

VERSUS

AUGUSTUS A. RANDAZZO,
USA TRUCK, INC. and ACE AMERICAN INSURANCE COMPANY

Filed: _____       _____
                                                    DEPUTY CLERK

**PETITION FOR DAMAGES**

The Petition for Damages of JOSE IVAN DUQUE, a person of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana, respectfully represents as follows:

1.

Made defendants herein are:

a) AUGUSTUS A. RANDAZZO, a person of the full age of majority and domiciled in the State of Florida;

b) USA TRUCK, INC, a foreign corporation registered to do and doing business in the State of Louisiana;

c) ACE AMERICAN INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana.

2.

On or about September 16th, 2019, plaintiff JOSE IVAN DUQUE was a passenger on a vehicle on Interstate 10 in the Parish of East baton Rouge. Suddenly his vehicle was struck from behind by a vehicle operated by Augustus Randazzo and owned by USA Truck, Inc., which vehicle was forced to hit the vehicle in front of it. The force of the impact caused damage to the vehicle in which plaintiff was the passenger and plaintiff suffered injuries.

**EXHIBIT 1**

3.

As a result of said accident, plaintiff JOSE IVAN DUQUE, suffered an aggravation and painful injuries to his back, for which he has been receiving treatment and for which he will continue to need treatment in the future. In addition to incurring medical bills past and future, plaintiff has endured and will continue to endure physical pain and suffering, mental pain and anguish, and loss of enjoyment of life. Further he will suffer a loss of earning capacity.

4.

The accident was caused solely as a result of the negligence of Augustus Randazzo in the following particulars:

a) Failure to pay sufficient attention;

b) Following too closely;

c) Failure to stop;

d) Driving in a careless and reckless manner

5.

At the time of the accident USA TRUCK, INC was the employer of Augustus Randazzo and as such vicariously liable for his actions.

6.

At the time of the accident ACE INSURANCE COMPANY had issued a policy providing liability coverage to defendant USA TRUCK INC. which provided coverage to Augustus Randazzo and for this reason plaintiff has a direct cause of action against it.

WHEREFORE, plaintiff, JOSE IVAN DUQUE, prays that there be judgment in his favor and against defendants, AUGUSTUS A. RANDAZZO, USA TRUCK, INC. and ACE AMERICAN INSURANCE COMPANY

for all of his damages, interest from the date of judicial demand, all costs of these proceedings and for all other general and equitable relief.

                Respectfully submitted,

                STEPHENSON, CHAVARRI & DAWSON L.L.C.

                */s/ Maria I. O'Byrne Stephenson*
                MARIA I. O'BYRNE STEPHENSON (#12448)
                400 Poydras Street, Suite 1990
                New Orleans, LA 70130
                Phone: (504)523-6496
                Fax: (504)525-2846

Please serve:

AUGUSTUS A. RANDAZZO
By long arm service

USA TRUCK, INC.
Through its agent for service of process:
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, LA., 70816

ACE INSURANCE COMPANY
Through the Secretary of State
R. Kyle Ardoin
8585 Archives Avenue
Baton Rouge, La.